United States District Court
for the
Northern District of Georgia
Atlanta Division



**WILLIAM JAY SIGNORELLI JR**
Plaintiff, 130 CATO ST
MANCHESTER, GA 31816

**3:24-CV-0099**

v                Case Number:

MERRIWEATHER COUNTY
MANCHESTER, POLICE DEPARTMENT
AND ALL PARTIES INVOLVED

Defendant,

## Complaint

I WAS ARRESTED, IMPRISONED FORCED TO BAIL SELF OUT, MONEY WAS STOLEN, I WAS INJURIED, DENIED WATER & MEDICAL TREATMENT FOR INJURY. HOSPITALIZED AND NOW OWE MEDICAL BILLS, FORCED TO HAVE A DRUG TEST WHICH WAS FOUND NO DRUGS IN SYSTEM. FILED COMPLAINT AS WAS DENIED AN INTEROGATED. MY RIGHTS HAVE BEEN VIOLATED, MY PROPERTY WAS STOLEN, I'M FORCED TO PAY BILL I DID NOT CREATE.

29 MAY 2024

WILLIAM JAY SIGNORELLI JR
130 CATO ST
MANCHESTER, GA 31816